**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

**BOSTON INMAN,**

      **Plaintiff,**

**VS.**                        **NO. _____**

**STATE FARM FIRE AND**          **JURY DEMAND**
**CASUALTY COMPANY, also known as,**
**STATE FARM INSURANCE**
**and**
**KATHERINE INMAN, a part joined**
**under TRCO Rule 19,**

      **Defendants.**

---

## NOTICE OF REMOVAL

---

      Defendant, STATE FARM FIRE AND CASUALTY COMPANY, hereby notifies the Judges of the United States District Court for the Eastern District of Tennessee, the clerk of the Chancery Court of Claiborne County, Tennessee and Plaintiff, BOSTON INMAN, and Defendant, KATHERINE INMAN, that the action described herein and filed in the Chancery Court of Claiborne County, Tennessee, is removed to the United States District Court for the Eastern District of Tennessee, Knoxville Division pursuant to 28 U.S.C. § 1441.

      1.     On July 7, 2015, Plaintiff, BOSTON INMAN, filed a civil action bearing Docket No. 18543 against the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, and Defendant, KATHERINE INMAN, in the Chancery Court of Claiborne County, Tennessee. Service of the complaint and summons was made upon CT Corporation, the designated statutory agent of the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, on July 17, 2015, by certified mail through the Department of

Insurance of the State of Tennessee.

2.     This action is filed by Plaintiff for proceeds allegedly due under a contract of insurance written by Defendant, STATE FARM FIRE AND CASUALTY COMPANY, and insuring Plaintiff's real property and contents in Claiborne County, Tennessee which was allegedly destroyed by fire occurring on or about August 29, 2014.   Plaintiff also makes claims of statutory bad faith.

3.     Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332.   Specifically, the complaint demands damages in the amount of $214,415.00, plus a 25% penalty for bad faith.

4.     Plaintiff, BOSTON INMAN, is a resident and citizen of the State of Tennessee and was a citizen of the State of Tennessee at the time of the filing of this action and at the time of removal.   Defendant, STATE FARM FIRE AND CASUALTY COMPANY, is a corporation incorporated in Illinois, with its principal place of business in Bloomington, IL.   In the attached Complaint, Plaintiff alleges that Katherine Inman is a resident of Claiborne County, Tennessee.   (**Exhibit 1**).   However, in a suit filed on July 9, 2015 by Katherine Inman in the Circuit Court of Claiborne County, Tennessee she clearly states that she is a resident of Bell County, Kentucky. (**Exhibit 2**).   As such, complete diversity exists sufficient to support removal to this Court.   Defendant State Farm Fire and Casualty Company is simultaneously removing that action and will seek consolidation of the two suits by separate motion.   The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5.    This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6.    A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number 18543 is removed from the Chancery Court of Claiborne County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

__s/ Russell E. Reviere_____
Russell E. Reviere (BPR No. 07166)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414
rreviere@raineykizer.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid to Thomas J. Tabor, Jr., Attorney for Plaintiff, 1724 Main Street, Suite #3, P.O. Box 941, Tazewell, TN 37879 and Katherine Inman through her attorney of record, David Stanifer, 1735 Main Street, P.O. Box 217, Tazewell, TN 37879, and by electronic means via the Court's electronic filing system.

This the 5th day of August, 2015.

**s/ Russell E. Reviere**