**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
500 James Robertson Parkway
Nashville, TN 37243-1131
PH - 615.532.5260, FX - 615.532.2788
Jerald.E.Gilbert@tn.gov

July 15, 2015

State Farm Fire & Casualty Company
2908 Poston Avenue, C/O C S C
Nashville, TN 37203
NAIC # 25143

Certified Mail
Return Receipt Requested
7012 3460 0002 8950 0669
Cashier # 21106

Re: Katherine Irene Inman V. State Farm Fire & Casualty Company

Docket # 2015-lv-1364

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served July 15, 2015, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
Claiborne County
1740 Main Street, Suite 201
Tazewell, Tn 37879-3415



**Jackie Rosenbalm**
**Claiborne County**
**Circuit Court Clerk**

415 Straight Creek Rd. Suite 5
New Tazewell, TN 37825
Phone: (423) 626-3334                                     Fax (423) 526-2703

| General Sessions | 8th Judicial | 8th Judicial |
|---|---|---|
| General Sessions Civil | Circuit Court | Criminal Court |
| Honorable Judge | Honorable Judge | Honorable Judge |
| **Robert Estep** | **John McAfee** | **E. Shayne Sexton** |

## STATE OF TENNESSEE, CLAIBORNE COUNTY

I, JACKIE ROSENBALM, CIRCUIT COURT CLERK OF CLAIBORNE COUNTY, TENNESSEE DO HEREBY CERTIFY THAT THE FOREGOING SUMMONS WAS ISSUED BY ME ON THE DATE SHOWN AND THAT THE COMPLAINT WAS FILED AND A COPY THERETO AND THAT THEY ARE VALID.

GIVEN UNDER MY HAND AND OFFFICIAL SEAL OF THE OFFICE, THIS __9__ DAY OF _____July_____, 20_15_.

JACKIE ROSENBALM, CIRCUIT COURT CLERK

BY: _____
DEPUTY CLERK

# STATE OF TENNESSEE
## Circuit Court of Claiborne County
### At Tazewell

KATHERINE IRENE INMAN

        Plaintiff

vs.                                              Case No. 2015-CV-1364

STATE FARM FIRE AND
CASUALTY COMPANY

        Defendant

## "SUMMONS"

*State Farm Fire and Casualty Company*

    You are hereby summoned and required to serve upon, David H. Stanifer, Plaintiff's attorney, whose address is P.O. Box 217, Tazewell, TN 37879, an Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Issued this 9 day of July 2015 at 9:30 o'clock a.m.

Witness Jackie Rosenbalm, Clerk of said court, at office this 9 day of July, 2015.

                                              Jackie Rosenbalm, Circuit Court Clerk

                                By: _____
                                              Deputy Clerk

### NOTICE TO THE DEFENDANT

Tennessee law provides a Four Thousand Dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filled at any time and may be changed by you thereafter as necessary, however, unless it is filled before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filling of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Received this _____ day of _____, 20_____.

### RETURN ON SERVICE OF SUMMONS

    I hereby certify and return that on the _____ day of _____, 20_____, I served this summons together with the Complaint as follows: _____

Failed to serve this summons within 30 days after its issuance because _____

                                                                       _____
                                                                       Sheriff/Deputy Sheriff/Private Process Server

(THIS SUMMONS IS ISSUED PERSUANT TO RULE 4 OF THE TENNESSEE RULES OF CIVIL PROCEDURE)

IN THE CIRCUIT COURT FOR CLAIBORNE COUNTY, TENNESSEE

AT TAZEWELL

KATHERINE IRENE INMAN

        Plaintiff

vs.                                            Case No. 2015-CV-1364

STATE FARM FIRE AND CASUALTY
COMPANY

        Defendant

FILED
Claiborne County Circuit Court

JUL 09 2015

## COMPLAINT

Jackie Rosenbalm, Clerk
_____, DC

Comes the Plaintiff and sues the Defendant and shows unto the Court as follows:

1. Your Plaintiff, Katherine Irene Inman, formerly of 865 Cline Road, Tazewell, Claiborne County, Tennessee, and now a citizen and resident of Bell County, Kentucky.

2. On or about January 5, 2014, the Defendant, State Farm Fire and Casualty Company, insured the Plaintiff's dwelling house against loss or injury by fire and other perils in a policy of insurance bearing Policy No. 42-BF-H751-5, for the term of one (1) year. Therefore, Plaintiff's interest was protected effective January 5, 2014 through January 5, 2015.

3. During the course of the coverage time, your Plaintiff's ex-husband gave notice to the Defendant's agent to remove her from said policy and without the consent of the Plaintiff, the Defendant knowingly removed said Plaintiff.

4. Your Plaintiff would further show thereafter that she gave notice to the Defendant's agent, Matt Compton, at the Tazewell office and said agent, on behalf of the Defendant, reissued said policy naming your Plaintiff as a policy holder under the previous mentioned policy number.

5. The Defendant, by and through its agency relationship, had full knowledge that she was divorced from Boston Inman, and that she produced a Life Estate Deed executed February 28, 2012, and said agent for the Defendant reinstated the Plaintiff. Thereafter, said Defendant's agent had full knowledge of the circumstances between the parties and even had knowledge that the Plaintiff had filed suit against her ex-husband on August 14, 2014.

6. Therefore, the Plaintiff would show that the insured dwelling under which she was issued the policy burnt on August 29, 2014.

7. Your Plaintiff would show that the house was totally destroyed and damaged by the fire and the said Defendant has had notice of the same.

8. Your Plaintiff would show that the contract of insurance provides dwelling coverage of up to $115,900.00, and she is entitled to her respective share of the same.

9. Your Plaintiff would further show that there was coverage for personal property of a sum up to $86,925.00 and she is entitled to her share of the same as filed for and attached as "Exhibit 1" to this Complaint.

10. Your Plaintiff would further show that she is entitled to any other coverage in which she has purchased and that she has a lawful claim for and sustained damages for said claim.

11. Although the Plaintiff has performed all conditions precedent to her right of recovery under the said policy of fire insurance, the Defendant has failed and refused to make payment to the Plaintiff. The failure of the Defendant to pay the Plaintiff is and has been without justification and the payment has been withheld from the Plaintiff in bad faith such that the Plaintiff is entitled to recover in addition to the amount of the policy in which she provides proof of damage for an additional amount equal to twenty-five percent (25%) of the face amount of the policy pursuant to *T.C.A. §56-7-105*.

12. Your Plaintiff would further show that she is entitled to her attorney fees and costs of this cause.

13. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment against the Defendant for a sum to be less than $200,000.00 together with interest and costs.

This ___7___ day of July, 2015.

                                KATHERINE IRENE INMAN,
                                PLAINTIFF

                            By: _____
                                 DAVID H. STANIFER, ATTORNEY

STANIFER AND STANIFER

_____
DAVID H. STANIFER, BPR # 010116
Attorney for Katherine Irene Inman
P.O. Box 217, 1735 Main Street
Tazewell, Tennessee 37879
(423) 626-7223

STATE OF TENNESSEE

COUNTY OF CLAIBORNE

DAVID H. STANIFER, after being duly sworn according to law, makes oath that he is the attorney representing the Plaintiff in this cause, Katherine Irene Inman; that he has investigated the facts as set out in the foregoing Complaint and that the statements contained therein are true to the best of his knowledge, information and belief.

_____
DAVID H. STANIFER

Sworn to and subscribed before me this 7th day of July, 2015.

_____
Notary Public

My Commission Expires
6/25/19

## COST BOND

We acknowledge ourselves surety for the costs in this cause not to exceed the sum of $1,000.00.

_____
Stanifer and Stanifer

_____
David H. Stanifer

# State Farm — Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 42-5170-779   Insured's Name: Katherine J. Inman   Date of Loss: Aug 29, 2014
Room: Kitchen   Phone Number: (H) 606-242-2664  (W) ___   (C) 423-801-0122
(Please indicate the best contact number)

| Item No. | Qty. | Detailed Description of Item | Brand Name/Model Number and/or Specifications | Where Purchased or Obtained | Age of Item | Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | Documentation Attached (X) | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Refrigerator (freezer top) | Sears | both Sears | 5 | $1000.00 | No paper | 750.00 |
| | 1 | Stove (electric) | Colby | Morgan Furniture | 20+ | $500.00 | No paper | 325.00 |
| | 1 | Oak Round Table — solid | Oak Table | Mother Kathy | | $500.00 | No paper | gift |
| | | 4 chairs | + chairs | Mother Kathy | | $ | NA | |
| | 2 | China cabinets | Sterchi | Sterchi - Used | 20+ | $500-600 | NA | 300.00 |
| | 1 | Microwave | can't remember | Walmart | 3 yr. | $~~239.~~ 300.00 | NA | 289.00 |
| | 1 | Bunn Coffee Maker | Jerry's Ace Hardware | Jerry Ace Hdw | 6 mos. | $120.00 | NA | 109.00 |
| | | | | | | $ | | |
| | | | | | | $ | | |
| | | | | | | $ | | |
| | | | | | | $ | | |

Item No. = Item Number.  Qty. = Quantity   *Sales tax will be added by your claim representative if applicable.

The above information is true to the best of my knowledge.

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine J. Inman   Date: 9/16/2014

State Farm® Insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

1001186   Tennessee   Page 2 of 6   134423.9 01-21-2013

Katherine J. Inman   March 18, 2015

# State Farm — Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 42-5170-779  
Insured's Name: Katherine J. Inman  
Date of Loss: Aug 29, 2014  
Room: 3rd Bedroom  
Phone Number: ☐ (H) 606-242-2664  ☐ (W) _____  ☐ (C) 423-801-0122  
(Please indicate the best contact number)

| 1. Item No. | 2. Qty. | 3. Detailed Description of Item | 4. Brand Name/Model Number and/or Specifications | 5. Where Purchased or Obtained | 6. Age of Item | 7. Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | 8. Documentation Attached (X) | |
|---|---|---|---|---|---|---|---|---|
| | | Bed – Queen | Yard Sale | Yard Sale | | $1200.00 | NA | |
| | | dresser | Yard Sale | Yard Sale | | $ | NA | |
| | | Chest of drawers | Yard Sale | Yard Sale | | $ | NA | |
| | | Entertainment Center | Yard Sale | Yard Sale | | $350.00 | NA | 250.00 |
| | | Mattress | Jet Rental Center | Rental Center | 3yrs | $500.00 - 700.00 | NA | 300.00 |
| | | boxsprings | | | | $ | NA | |
| | | Pineapple Head Board - Antique | Pineapple Headboard | | | $600.00 | NA | 6 ft |

Item No. = Item Number   Qty. = Quantity   *Sales tax will be added by your claim representative if applicable.

The above information is true to the best of my knowledge.  
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine J. Inman   Date: 9/16/2014

State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

1001186   Tennessee   Katherine J. Inman   Page 2 of 6   March 18, 2015   134239 01-21-2013

# State Farm — Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 42-517D-779  Insured's Name: Katherine I. Inman  Date of Loss: Aug 29, 2014
Room: Livingroom  Phone Number: ☐ (H) 606-242-2664  ☐ (W) _____  ☐ (C) 423-801-0122
(Please indicate the best contact number)

| Item No. | Qty. | Detailed Description of Item | Brand Name/Model Number and/or Specifications | Where Purchased or Obtained | Age of Item | Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | Documentation Attached (X) | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Couch | Morgans Furniture | | 12 yrs | $2000.00 | NA | gift |
| | 1 | Chair (rocker recliner) | Morgans Furniture | | 12 yrs | $1000.00 | NA | gift |
| | 1 | 1 lift Chair | Yard Sale | | 2 yrs | $800.00 | NA | 300.00 |
| | 1 | 1 coffee table ⎫ set | Stochi | | 5 yrs | $ | NA | 199.99 |
| | 2 | 2 in tables ⎭ | | | | $ | NA | |
| | 1 | 1 shelf unit | yard sale | | | $100.00 | NA | 50.00 |
| | 1 | TV Stand | Morgans Furniture | | ? | $25.00 | NA | |
| | 1 | TV | Walmarts | | ? | $300.00 | NA | 250.00 |
| | 8 | Pictures | Yard Sales | | | $100.00 | NA | |

Item No. = Item Number  Qty. = Quantity  *Sales tax will be added by your claim representative if applicable.

The above information is true to the best of my knowledge.

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine I. Inman   Date: 9/15/2014

State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

Tennessee   Page 2 of 6

Katherine I. Inman  March 18, 2015

Case 3:15-cv-00341-TAV-HBG   Document 1-3   Filed 08/05/15   Page 10 of 15   PageID #: 57

# StateFarm — Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 42-517D-779  Insured's Name: Katherine I. Inman  Date of Loss: Aug 29, 2014
Room: Bathroom  Phone Number: ☐ (H) 606-242-2664  ☐ (W) _____  ☐ (C) 423-801-0122
(Please indicate the best contact number)

| Item No. | 1. Qty. | 2. Detailed Description of Item | 3. Brand Name/Model Number and/or Specifications | 4. Where Purchased or Obtained | 5. Age of Item | 6. Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | 7. Documentation Attached (X) | |
|---|---|---|---|---|---|---|---|---|
|  | 1 | Curtains | Yard Sale | Yard Sale | ? | $10.00 | NA | |
|  | 1 | Towel Shelf | Tupperware | Tupperware | 15 yrs | $100.00 | NA | 75.00 |
|  | 1 | Chest of Drawers | Yard Sale | Yard Sale | ? | $100.00 | NA | 75.00 |
|  | 2 | rugs | Dollar General | Dollar General | 1 yr | $10.00 | NA | |

Item No. = Item Number  Qty. = Quantity  *Sales tax will be added by your claim representative if applicable.

The above information is true to the best of my knowledge.
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine J. Inman  Date: 9-16-2014

State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

1001166  Tennessee  Katherine J. Inman  Page 2 of 6  March 18, 2015  134428.9 01-21-2013

**StateFarm** — Personal Property Inventory - Customer Worksheet
See instructions and example provided.

Claim Number: 42-517D-779   Insured's Name: Katherine I. Inman   Date of Loss: Aug 29th 2014
Room: 1st Bedroom   Phone Number: ☐ (H) 606-242-2669 ☐ (W) _____   ☐ (C) 423-801-0122
(Please indicate the best contact number)

| 1. Item No. | 2. Qty. | 3. Detailed Description of Item | 4. Brand Name/Model Number and/or Specifications | 5. Where Purchased or Obtained | 6. Age of Item | 7. Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | 8. Documentation Attached (X) | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Bed - Queen Size | | Sterchi | 20+ | $2600.00 | NA | 2200.00 |
| | 1 | Dresser | | " | 20+ | $ | NA | |
| | 1 | Chest of drawer | | " | 20+ | $ | NA | |
| | 1 | box springs ⎫ set | | " | 2 yrs | $500-700 | NA | 300.00 |
| | 1 | mattress ⎭ | | " | | $ | NA | |
| | 3 | Pictures | | Yard Sales | 5-6 yrs | ? | NA | ? |
| | 1 | VCR - DVD Player | | Radio Shack | 3 yrs | $200-250.00 | NA | 150.00 |
| | 1 | Bed Set & Curtains | | Sister in law | 1 yr. | $250.00 | NA | 150.00 |
| | 1 | Clothes in Closet | | various places | 1-2 yrs | $1500.00 | NA | 1150.00 |

Item No. = Item Number   Qty. = Quantity   *Sales tax will be added by your claim representative if applicable.
The above information is true to the best of my knowledge.
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine I. Inman   Date: 9-16-2014

State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

1001196   Tennessee   Page 2 of 6   March 18, 2015   134423.9 01-21-2013

# State Farm — Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 42-517D-779  
Insured's Name: Katherine Inman  
Date of Loss: Aug 29, 2014  
Room: 2nd Bedroom  
Phone Number: ☐ (H) 606-242-2664  ☐ (W) _____  ☐ (C) 423-801-0122  
(Please indicate the best contact number)

| 1. Item No. | Qty. | 2. Detailed Description of Item | 3. Brand Name/Model Number and/or Specifications | 4. Where Purchased or Obtained | 5. Age of Item | 6. Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | 7. Documentation Attached (X) | My Cost |
|---|---|---|---|---|---|---|---|---|
| | 1 | Bed antique Queen size | Brass Bed | mother | Not sure | $1500.00 set | NA | 750.00 |
| | 1 | Chest of drawers | | | Not sure | $ | NA | |
| | 1 | Dresser | | | Not sure | $ | NA | |
| | 1 | Chest of drawers (cedar) | Cedar Chest (no) Sterchi | | 37 yr | $408 450.00 | NA | 300.00 |
| | 1 | Sears Sewing Machine | mother gift | Sears-mother | 40 yr | $500.00 | NA | |
| | 1 | Mattress → Queen | Came with bedroom | | | $ included in set | | |
| | 1 | Box Spring | | | | | | |
| | 2 | Storage Bend | Crafts + things | Biglot + Dollar Sm | 1-2 | $200.00 | NA | |
| | 1 | TV Set | Not sure | Pawn Shop | | $300.00 | NA | 250.00 |

Item No. = Item Number  Qty. = Quantity  *Sales tax will be added by your claim representative if applicable.

The above information is true to the best of my knowledge.  
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine J. Inman   Date: 9-16-2014

State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

1001186  Tennessee   Katherine J. Inman   Page 2 of 6   March 18th 2015   134023.9 01-21-2013

# StateFarm — Personal Property Inventory - Customer Worksheet

See instructions and example provided.

Claim Number: 42-5170-779  Insured's Name: Katherine S. Inman  Date of Loss: Aug 29, 2014
Room: Laundry Room  Phone Number: ☐ (H) 606-242-2664  ☐ (W) _____  ☐ (C) 423-801-0122
(Please indicate the best contact number)

| 1. Item No. | 2. Qty. | 3. Detailed Description of Item | 4. Brand Name/Model Number and/or Specifications | 5. Where Purchased or Obtained | 6. Age of Item | 7. Today's Repair Cost/Replacement Cost/Amount of Loss (without tax*) | 8. Documentation Attached (X) | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Washer | Colby Ball Hardware | Ball Hardware | 1½ | $399.00 - 499.00 | NA | 360.00 |
| 2 | 1 | Dryer | Colby | Ball Hardware | 1½ | $399.00 - 499.00 | NA | |
| 3 | 1 | Antique cabinet | friends | gift | 100 yrs | $150.00 | NA | gift |
| 4 | 1 | Sandal Rugs Set | Family Dollar | Family Dollar | Not sure | $ | NA | |
| 5 | 2 | irons | Walmart | Walmart | 2 yrs | $30.00 - 50.00 | NA | 30.00 |
| 6 | 1 | ironing board antique | Mother | Mother | 75 yrs | $ | NA | gift |
| 7 | 1 | dresser base | yard sale | yard sale | not sure | $75-100.00 | NA | 50.00 |
| 8 | 1 | shelf unit | yard sale | yard sale | not sure | $75-100.00 | NA | 50.00 |

Item No. = Item Number  Qty. = Quantity  *Sales tax will be added by your claim representative if applicable.

The above information is true to the best of my knowledge.

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Insured's Signature: Katherine S. Inman  Date: 9/23/2014

State Farm® insurance policies, applications, forms and required notices are written in English. This document has been translated for your convenience. In the event of any difference in interpretation, the English language version controls.

1001186  Tennessee  Katherine S. Inman  Page 2 of 6  March 18, 2015  134039 01-21-2013



State of Tennessee
Dept. of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

CERTIFIED MAIL™

7012 3460 0002 8950 0669

US POSTAGE $07.17
0004292626  JUL 17 2015
MAILED FROM ZIP CODE 37243

7012.3460 0002 8950 0669    7/15/15
STATE FARM FIRE & CASUALTY COMPANY
2908 POSTON AVENUE, C/O C S C
NASHVILLE, TN 37203